UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD BAYLOR,

    Petitioner,

                                   CASE NO. 05-CV-71624-DT
v.                                     HONORABLE DENISE PAGE HOOD

PAUL RENICO,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                  s/ DENISE PAGE HOOD
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2009, by electronic and/or ordinary mail.

                                                  S/William F. Lewis
                                                  Case Manager